# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

Case No. 5D2024-1483
LT Case No. 2023-CJ-000592-A

W.P., A CHILD,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Briana Emanuel, Assistant Regional Counsel Office of Regional Criminal Conflict & Civil Regional Counsel, Casselberry, for Petitioner.

No Appearance for Respondent.

June 21, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 24, 2024 juvenile adjudication and commitment rendered in Case No. 2023-CJ-0592-A, in the Circuit Court in and for Seminole County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, C.J., and MAKAR and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____